AO 91 (Rev. 08/09)  Criminal Complaint

**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

# UNITED STATES DISTRICT COURT

JUL 08 2026

for the

District of New Mexico

**ERIK PALTROW**
**CLERK OF COURT**

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 26-3428 mJ |
| Teodora Moreno-Reyes | ) |
| | ) |
| Fernando Galvan | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____January 2024 - April 2026____ in the county of ____Dona Ana____ in the ____ District of ____New Mexico____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Count 1: 18 U.S.C. 371, Conspiracy to violate 18 U.S.C. 1546(a) (Teodora Moreno-Reyes and Fernando Galvan) | (Count 1) Conspired to, and knowingly forged, counterfeited, altered, falsely made, possessed, obtained, accepted, received, uttered, used, and attempted to use documents prescribed by statute and regulation as evidence of authorized stay and employment in the United States—namely, fraudulent Lawful Permanent Resident cards, Social Security cards, and Texas identification cards—knowing said documents to be forged, counterfeited, altered, falsely made, or procured by fraud. |
| Count 2: 18 U.S.C. 1546(a) (Teodora Moreno-Reyes) | (Count 2 and 3) Whoever knowingly forges, counterfeits, alters, or falsely makes any immigrant or nonimmigrant visa, permit, border crossing card, alien registration receipt card, or other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, or utters, uses, attempts to use, possesses, obtains, accepts, or receives any such visa, permit, border crossing card, alien registration receipt card, or other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, knowing it to be forged, counterfeited, altered, or falsely made, or to have been procured by means of any false claim or statement, or to have been otherwise procured by fraud or unlawfully obtained |
| Count 3: 18 U.S.C. 1546(a) (Fernando Galvan) | |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

Digitally signed by Noe Holguin
Date: 2026.07.07 17:31:53
-06'00'

_____
*Complainant's signature*

**Noe Holguin, HSI Special Agent**
*Printed name and title*

Telephonically sworn and electronically signed.

Date: 07-08-2026

_____
*Judge's signature*

City and state: ____Las Cruces, New Mexico____

**Kevin R. Sweazea, U.S. Magistrate Judge**
*Printed name and title*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA, Plaintiff,

vs.

**TEODORA MORENO-REYES AND FERNANDO GALVAN**, Defendants.

## Affidavit in Support of Criminal Complaint

On or about November 1, 2025, co-conspirator #1 was encountered by Customs and Border Protection Officers (CBPOs) at the Columbus Port of Entry, Columbus, NM, in possession of a fraudulent Lawful Permanent Resident (LPR) card and a fraudulent Social Security card. CBPOs seized the fraudulent documents and turned them over to Homeland Security Investigations for further investigation.

On or about November 5, 2025, during a post-*Miranda* interview of co-conspirator #1, co-conspirator #1 admitted to Homeland Security Investigations (HSI) Special Agents (SAs) that co-conspirator #1 arranged for the seized fraudulent documents to be made for co-conspirator #2 by a woman who co-conspirator #1 knows as "Lola Moreno," in Hatch, NM.

Co-conspirator #1 stated that "Lola" is known in Hatch as someone who provides immigration documents to work. Co-conspirator #1 further stated that co-conspirator #2 gave co-conspirator #1 $350 in cash to pay "Lola," and that the documents were created using co-conspirator #2's Mexican voter identification information. Co-conspirator #1 stated they met "Lola" outside a residence in Hatch, NM, to provide co-conspirator #2's information, and approximately two weeks later picked up the completed fraudulent documents from "Lola" outside "Lola's" residence in Hatch, NM.

After various open-source and law enforcement database queries based on the address co-conspirator #1 provided for "Lola," HSI SAs identified "Lola Moreno" as the defendant, Teodora Moreno Reyes (Moreno Reyes).

1

On or about April 29, 2026, at the Paso Del Norte Port of Entry in El Paso, Texas, Moreno Reyes presented herself for admission into the United States. CBPOs conducted a border search of a white Apple iPhone 17 Pro Max (IMEI: 357431267159016, Serial Number: J3M4XMH20D, Telephone Number: (575) 202 0410), in the possession of Moreno Reyes. During a manual review of the device, CBPOs and HSI agents observed numerous images of social security cards and LPR cards, as well as text messages in which individuals sent facial images and biographical information to Moreno Reyes, and in return Moreno Reyes forwarded that information to another number who then in return responded with United States Postal Service (USPS) receipts containing tracking numbers and images of fraudulent documents bearing the same biographical information and facial photographs. HSI SAs were contacted to assist in the investigation.

In reviewing the images of the LPR cards and social security cards, HSI SAs conducted various law enforcement database queries for the associated Alien Registration Numbers (A numbers), biographical information, and social security numbers (SSNs). The queries revealed that, for multiple cards, the name and date of birth associated with the A number and SSNs in official records did not match the name and date of birth displayed on the corresponding card image stored in Moreno Reyes' cellular phone, a white Apple iPhone 17 Pro Max.

Among the images of fraudulent documents was a photograph of the social security and LPR card previously seized on November 1, 2025, from co-conspirator #1, in a fraudulent document case linked to Moreno Reyes.

HSI SAs seized Moreno Reyes' cellular phone as evidence of violations of 18 U.S.C. § 1546 and transported it to the HSI office in Las Cruces, New Mexico.

On or about May 4, 2026, HSI SAs obtained a federal search warrant authorizing a forensic examination of Moreno Reyes' cellular phone described above. The warrant was signed on May 4, 2026, by a United States Magistrate Judge in Las Cruces, New Mexico.

An initial analysis conducted on Moreno Reyes' phone revealed a WhatsApp text stream between Moreno Reyes and telephone number +1 682 232 6050 spanning from January 20, 2024, through

2

April 2026. In this conversation, Moreno Reyes facilitates the purchase of approximately 14 fraudulent Texas identification cards, 76 fraudulent social security cards, and 66 fraudulent Lawful Permanent Resident cards. Within this text stream, Moreno Reyes sends biographical information and photographs to +1 682 232 6050, and in return receives photographs of completed fraudulent documents and USPS receipts with tracking numbers that are directed to Salem, New Mexico, located within Doña Ana County, New Mexico.

After various open source and law enforcement database queries, HSI identified the defendant, Fernando Galvan (Galvan), as the user of phone number +1 682 232 6050. In an earlier text message stream occurring on January 16, 2024, the user of +1 682 232 6050 sent Moreno Reyes the name Fernando G and 6822326050 in reference to a Zelle account that the user of +1 682 232 6050 wants Moreno-Reyes to send money to pay for the fraudulent documents she orders. On or about May 4, 2026, HSI requested and received a subscriber information subpoena for +1 682 232 6050, which came back to a Galvan's romantic partner in Fort Worth, TX. HSI SAs also obtained reports from Fort Worth Police Department indicating the subscriber of the phone assigned number 682 232 6050 was Galvan's romantic partner as documented in an incident in 2013 where Galvan fired a weapon and shot his romantic partner in the chest. In addition, a separate Fort Worth Police Department report from 2022 documented an assault arrest involving Galvan and his romantic partner and the report listed Galvan's cellular telephone number as 6822326050.

On or about June 24, 2026, HSI SAs searched +1 682 232 6050 through a WhatsApp's contact search. The search revealed a contact name of Fernando Galvan and a picture of Galvan set as the contact profile photo. The photo of Galvan in the WhatsApp profile matches other photos of Galvan obtained through law enforcement databases. HSI SAs also observed a TikTok video posted on or about June 20, 2026, by user "Nando Galvan" that depicts a male's voice behind the camera who is referred to as "Nando," talking to another male who is telling the viewers to buy raffle tickets to win a truck. "Nando" is a common nickname used in the Spanish language for people named "Fernando." The video also has a text box within the video that says "Zelle 6822326050" indicating where the payment for the raffle tickets should be sent. Other videos posted by user "Nando Galvan" show a male's face that matches Galvan's biometric information found in law enforcement database queries.

3

The initial analysis further showed that the fraudulent documents seized at the Columbus Port of Entry on November 1, 2025, were ordered by Moreno Reyes from the user of the phone number 682-232-6050, on or about October 8, 2025.

The initial analysis of Moreno Reyes' phone revealed communication with several other individuals seeking to purchase fraudulent documents. The communications showed Moreno Reyes provided unknown individuals with a price of $350 and indicated Moreno Reyes was conspiring with the user of 682-232-6050 (Identified as Fernando Galvan) to provide fraudulent the documents, specifically identification cards, social security cards and LPR cards. The communications also indicated Moreno Reyes intended on meeting individuals in person to provide them with the fraudulent documents.

Based upon the above information, I believe probable cause exists that, Teodora Moreno-Reyes and Fernando Galvan conspired to, and knowingly forged, counterfeited, altered, falsely made, possessed, obtained, accepted, received, uttered, used, and attempted to use documents prescribed by statute and regulation as evidence of authorized stay and employment in the United States— namely, fraudulent Lawful Permanent Resident cards, social security cards, and Texas identification cards—knowing said documents to be forged, counterfeited, altered, falsely made, or procured by fraud, in violation of 18 U.S.C. § 371 and 18 U.S.C. § 1546(a).

The complaint and affidavit have been reviewed by AUSA Mark Saltman.

Digitally signed by Noe Holguin
Date: 2026.07.07 17:32:31
-06'00'

_____
Special Agent Noe Holguin
Homeland Security Investigations

by telephone KS

Subscribed and sworn to before me on June 07-08, 2026.

_____
Kevin R. Sweazea,
United States Magistrate Judge

4