UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

Before the Honorable KEVIN R. SWEAZEA

CRIMINAL CLERK'S MINUTES at Las Cruces

| Case Number: | **26-3428 MJ** | Date: | **7/15/26** | Recording Information: | **LCR-SIERRA BLANCA** |
|---|---|---|---|---|---|
| Clerk: | **R HELMICK** | | Type of Hearing: | **PRELIMINARY/DETENTION** | |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **TEODORA MORENO-REYES** | **RAMON HERNANDEZ** | ☒ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

| Assistant U.S. Attorney: | **RORY MCGARRY** | Interpreter: | **CAROLINA DURAN** | |
|---|---|---|---|---|
| Pretrial Officer: | **LAURA GARIBAY** | Court in Session: | **9:30-9:31 A.M.   1 MIN** | |

| | |
|---|---|
| ☐ | Agent sworn |
| ☐ | Court questions Defendant regarding his/her physical and mental condition, age, education |
| ☒ | Court advises Defendant(s) of possible penalties and all constitutional rights |
| ☐ | ORAL Motion for Detention Hearing by Government |
| ☐ | Court grants ☐ Government's ☐ Defense counsel's oral motion to continue detention hearing |
| ☐ | Waiver of preliminary hearing & right to grand jury presentment filed in open court |
| ☐ | Defendant admitted violation; Matter referred to the District Judge For a Disposition Hearing |

| | |
|---|---|
| ☒ | Defendant in custody |
| ☐ | Conditions of Release continued on Page 2 |

| | |
|---|---|
| ☒ | Other: DEFENSE COUNSEL MOVES FOR CONTINUANCE OF THE PRELIMINARY/DETENTION HEARING TO ALLOW FOR PRETRIAL SERVICE INTERVIEW; NO OBJECTION BY GOVERNMENT; PRELIMINARY/DETENTION HEARING TO BE RESET NEXT MONDAY, 7/20/26 AT 9:00 AM |