# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable GREGORY J. FOURATT

CRIMINAL CLERK'S MINUTES at Las Cruces

| Case Number: | **26-3428 MJ** | Date: | **7/20/2026** | Recording Information: | **LCR-SIERRA BLANCA** |
|---|---|---|---|---|---|
| Clerk: | **CATHY ALVAREZ** | Type of Hearing: | | **PRELIMINARY/DETENTION** | |

| Defendant(s): | Attorney(s): | | Appt'd. | Ret'd. |
|---|---|---|---|---|
| **TEODORA MORENO-REYES** | **RAMON HERNANDEZ** | | ☒ | ☐ |
| | | | | |

| Assistant U.S. Attorney: | **BEN SUSLAVICH** | Interpreter: | **MARCELA RENNA** | |
|---|---|---|---|---|
| Pretrial Officer: | **BRENDA RICHARDSON** | Court in Session: | **10:05-10:05 A.M./10:11-10:27 A.M.   (18 MINS)** | |

| | |
|---|---|
| ☐ | Court advises Defendant(s) of possible penalties and all constitutional rights |
| ☐ | ORAL Motion for Detention Hearing by Government |
| ☐ | Court grants ☐ Government's ☐ Defense counsel's oral motion to continue detention hearing |
| ☒ | Waiver of preliminary hearing & right to grand jury presentment filed in open court |

| | |
|---|---|
| ☒ | Defendant released on the following conditions |
| ☒ | Conditions of Release continued on Page 2 |

| | |
|---|---|
| ☒ | OTHER:  AUSA SUSLAVICH IS IN AGREEMENT WITH PRETRIAL'S RECOMMENDATION WITH A MODIFICATION TO INCLUDE GPS MONITORING.  DEFENDANT HAS TIES TO MEXICO AND HAS HAD NUMEROUS BORDER CROSSINGS.  OFFICER RICHARDSON ADVISES THAT A THIRD-PARTY CUSTODIAN WAS NOT REQUIRED IN THIS CASE DUE TO THE NATURE OF THE CHARGE AND DEFENDANT DID NOT HAVE AN EXTENSIVE CRIMINAL HISTORY. DEFENSE COUNSEL ADVISES THAT DEFENDANT WILL ABIDE BY ALL CONDITIONS IMPOSED BY THE COURT TO INCLUDE GPS MONITORING.  DEFENDANT'S FAMILY MEMBERS ARE PRESENT IN THE COURTROOM.  DEFENDANT TRAVELS TO JUAREZ FOR DENTAL AND MEDICAL APPOINTMENTS, AS WELL AS APPOINTMENTS FOR HER PARENTS AND GRANDPARENTS.  DEFENDANT RESIDES IN THE HATCH/SALEM AREA. **COURT'S RULING –** COURT RELEASES DEFENDANT ON A $5,000 UNSECURED BOND ON THE FOLLOWING CONDITIONS AS LISTED BELOW. |

| | **CONDITIONS OF RELEASE** | | |
|---|---|---|---|
| | | | |
| ☒ | Bond set: $5,000 unsecured | ☒ | Avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including co-defendants. |
| ☐ | Defendant released to the third party custody of: | ☐ | Participate in medical or psychiatric treatment/mental health assessment/treatment/counseling as directed by Pretrial Services. |
| ☐ | Defendant must reside with the Third Party Custodian. | ☐ | Defendant must maintain residence at the halfway house and comply will all facility rules. |
| ☒ | Defendant must not violate federal, state, or local law while on release. | ☒ | Not possess a firearm, destructive device, or other dangerous weapon. |
| ☒ | Defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a. | ☒ | Not use alcohol excessively. |
| ☒ | Defendant must advise the Court or the Pretrial Services office or supervising officer in writing before making any change of residence or telephone number. | ☒ | Not use or unlawfully possess a narcotic drug or other controlled substances, unless prescribed by a licensed medical practitioner. |
| ☒ | Defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the Court may impose. | ☐ | Submit to random drug screening as directed by Pretrial Services and not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing. |
| ☒ | Defendant must sign an Appearance Bond, if ordered. | ☐ | Participate in a program of substance abuse treatment as directed by Pretrial Services. |
| ☒ | Report to Pretrial Services for supervision, as directed. | ☒ | Participate in the location monitoring program as directed by pretrial services and comply with all of the program requirements and instructions, employing the following technology and component:<br><br>Technology: **Active Global Positioning System (GPS)**<br><br>Component:  **Curfew**<br><br>Defendant must pay all or part of the cost of the program based on ability to pay. |
| ☒ | Continue or actively seek employment | ☒ | Report as soon as possible, to Pretrial Services, every contact with law enforcement personnel, including arrests, questioning, or traffic stops. |
| ☒ | Surrender and not obtain a passport or other international travel documents. | ☒ | Refrain from the use and possession of synthetic cannabinoids or legally sold designer drugs. |
| ☒ | Travel restricted to Sierra County, NM and Dona Ana County, NM, with direct travel to Las Cruces, NM for court hearings and to meet with attorney; Pretrial is authorized to expand travel; **NO TRAVEL TO MEXICO.** | ☐ | Other: |